

| In re: | CASE NO. 2:10-bk-19023-VK |
| --- | --- |
| Joseph Matthew Singer | CHAPTER 07 |
|  | ORDER OF TRANSFER |
| Debtor(s) |  |

Upon reviewing the Chapter 7 Voluntary Petition filed on March 11, 2010, which states the debtor's residence of 14352 Miranda Street, Van Nuys, CA 90401.    IT IS HEREBY ORDERED that the above-entitled case, including all adversaries and pleadings, be transferred to the San Fernando Valley Division for all further proceedings.

Dated: 3/12/10

~~HON. VICTORIA S. KAUGMAN~~
U.S. BANKRUPTCY JUDGE

# SERVICE LIST

Parties served by mail or electronically (NEF)

**Service By Mail:**

### *Debtor*
Joseph Matthew Singer
14352 Miranda Street
Van Nuys, CA 90401


### Electronic Service (NEF):
David A Gill mlr@dgdk.com, dgill@ecf.epiqsystems.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Jason Wallach jwallach@gladstonemichel.com