"No Image Available" as PDF for this entry.