# United States Bankruptcy Court
# Central District Of California

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

# NOTICE OF TRANSFER OF CASE
# (INTER/INTRA DISTRICT TRANSFER)

**DEBTOR(S) INFORMATION:**  
Joseph Matthew Singer  
**SSN:** xxx−xx−5098  
**EIN:** N/A  

1158 26th St  
#243  
Sta Monica, CA 90403

**BANKRUPTCY NO.** 1:10−bk−12965−MT  
**CHAPTER** 7

This case 2:10−bk−19023−VK has been transferred to the San Fernando division within our District and reassigned to Bankruptcy Judge Maureen Tighe for all further proceedings.

The new case number is 1:10−bk−12965−MT .

**Please use the new case number for all future matters regarding this case.**

Dated: March 16, 2010

BY THE COURT,  
**Kathleen J. Campbell**  
Clerk of Court

(Form rev. 04/08) (ntco) VAN−84

**7 / FLC**