**United States Bankruptcy Court
Central District Of California**

---

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

## NOTICE OF TRANSFER OF CASE
## (INTER/INTRA DISTRICT TRANSFER)

**DEBTOR(S) INFORMATION:**          **BANKRUPTCY NO.** 1:10–bk–12965–MT
Joseph Matthew Singer                **CHAPTER** 7
**SSN:** xxx–xx–5098
**EIN:** N/A

1158 26th St
#243
Sta Monica, CA 90403

---

This case 2:10–bk–19023–VK has been transferred to the San Fernando division within our District and reassigned to Bankruptcy Judge Maureen Tighe for all further proceedings.

The new case number is 1:10–bk–12965–MT .

**Please use the new case number for all future matters regarding this case.**

BY THE COURT,

Dated: March 16, 2010                **Kathleen J. Campbell**
Clerk of Court

(Form rev. 04/08) (ntco) VAN–84                                      **7 / FLC**

# CERTIFICATE OF NOTICE

```
District/off: 0973-1          User: fcampbelC          Page 1 of 1          Date Rcvd: Mar 16, 2010
Case: 10-12965                Form ID: ntc1            Total Noticed: 35


The following entities were noticed by first class mail on Mar 18, 2010.
db          +Joseph Matthew Singer,  1158 26th St,  #243,  Sta Monica, CA 90403-4698
aty         +Jason Wallach,  Gladstone Michel Weisberg Willner Sloane,  4551 Glencoe Ave Ste 300,
             Marina Del Rey, CA 90292-7925
tr          +Brad D Krasnoff,  221 N. Figueroa Street, Suite 1200,  Los Angeles, CA 90012-2663
smg          Employment Development Dept.,  Bankruptcy Group MIC 92E,  P. O. Box 826880,
             Sacramento, CA  94280-0001
smg          Franchise Tax Board,  ATTN: Bankruptcy,  P. O. Box 2952,  Sacramento, CA  95812-2952
smg          Los Angeles City Clerk,  P. O. Box 53200,  Los Angeles, CA  90053-0200
ust         +United States Trustee (SV),  21051 Warner Center Lane, Suite 115,
             Woodland Hills, CA 91367-6550
25912355    +ADVANCED VERERINARY CARE CENTER,  C/O ROBINSON & ASSOCIATES,  1612 BEVERLY BLVD,
             LOS ANGELES, CA 90026-5711
25912356    +APNI,  PO BOX 3097,  BLOOMINGTON, IL 61702-3097
25912357    +BEVERLY RADIOLOGY TOWER ROX,  C/O GRANT & WEBER,  26575 WEST AGOURA ROAD,
             CALABASAS, CA 91302-1958
25912358    +BODIES IN MOTION,  C/O ALLIED COLLECTION,  7120 HAYVENHURST AVE #203,  VAN NUYS, CA 91406-3813
25912359    +CBE GROUP INC,  PO BOX 900,  WATERLOO, IA 50704-0900
25912360    +CEDARS-SINAI IMAGING MED GROUP,  PO BOX 5667,  ORANGE, CA 92863-5667
25912361    +CEDARS-SINAI LAB SERVICES,  PO BOX 60109,  LOS ANGELES, CA 90060-0109
25912362    +CEDARS-SINAI MEDICAL CENTER,  8700 BEVERLY BLVD,  LOS ANGELES, CA 90048-1865
25912363    +CEDARS-SINAI MEDICAL CENTER,  1801 WEST OLYMPIC BLVD,  PASADENA, CA 91199-0001
25912364    +CMRE FINANCIAL,  3075 EAST IMPERIAL HWY #200,  BREA, CA 92821-6753
25912365     DIRECT TV,  1131 TOWER PARK DR,  WATERLOO, IA 50704
25912366     FRANCHISE TAX BOARD,  BANKRUPTCY UNIT,  PO BOX 2952,  SACRAMENTO, CA 95812-2952
25912367    +GENERAL ANESTHESIA SPECIALISTS,  3530 WILSHIRE BLVD #350,  LOS ANGELES, CA 90010-2335
25912353     GLADSTONE MICHEL WEISBERG WILLNER & SLOANE, ALC,  4551 Glencoe Avenue Suite 300,
             Marina del Rey, CA 90292-7925
25912368    +GMAC,  PO BOX 78234,  PHOENIX, AZ 85062-8234
25912369    +GRANT & WEBER,  26575 WEST AGOURA ROAD,  CALLABASAS, CA 91302-2975
25912370   ++INTERNAL REVENUE SERVICE,  CENTRALIZED INSOLVENCY OPERATIONS,  PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court:  INTERNAL REVENUE SERVICE,  PO BOX 21126,  PHILADELPHIA, PA 19114)
25912352    +JOSEPH MATTHEW SINGER,  1158 26TH STREET #243,  SANTA MONICA, CA 90403-4698
25912371    +LANDMARK IMAGING MEDICAL,  PO BOX 5607,  ORANGE, CA 92863-5607
25912372    +LAWRENCE HOPP MD,  C/O MODERN ADJUSTMENT BUREAU,  6226 VINELAND AVENUE,
             NORTH HOLLYWOOD, CA 91606-3758
25912373    +MINK RADIOLOGIC IMAGING,  8670 WILSHIRE BLVD,  BEVERLY HILLS, CA 90211-2924
25912374    +NCO FINANCIAL SERVICES,  507 PRUDENTIAL AVENUE,  HORSHAM, PA 19044-2368
25912375    +PROGRESSIVE MGMT SYSTEMS,  1521 WEST CAMERON AVENUE FL1,  WEST COVINA, CA 91790-2738
25912376    +SEQUOIA FINANCIAL SERVICES,  500 NORTH BRAND BLVD,  GLENDALE, CA 91203-1923
25912354    +US TRUSTEE,  SUITE 115,  21051 WARNER CENTER LANE,  WOODLAND HILLS, CA 91367-6550
25912377    +VERIZON CALIFORNIA INC,  C/O PALISADES COLLECTION,  210 SYLVAN AVENUE,
             ENGLEWOOD, NJ 07632-2524
25912379     WANU/ CHASE,  279 PARK AVENUE 12TH FLOOR,  NEW YORK, NY 10017

The following entities were noticed by electronic transmission on Mar 17, 2010.
25912378    +E-mail/PDF: bankruptcyverizoncom@afni.com Mar 17 2010 00:34:52    VERIZON INC,  140 WEST STREET,
             NEW YORK, NY 10007-2123
                                                                                         TOTAL: 1


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 18, 2010**               **Signature:** _Joseph Speetjens_