FormCACB (hrgreaf – van190 12/09)

# United States Bankruptcy Court
## Central District Of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

## NOTICE OF HEARING RE: REAFFIRMATION AGREEMENT

**DEBTOR(S) INFORMATION:**
 Joseph Matthew Singer

**BANKRUPTCY NO.** 1:10–bk–12965–MT
**CHAPTER** 7

**SSN:** xxx–xx–5098
**EIN:** N/A

1158 26th St
#802
Santa Monica, CA 90403

**NOTICE IS HEREBY GIVEN** that a Reaffirmation Agreement between the above–named Debtor(s) and creditor GMAC was filed in the above case on 04/20/10 .

**YOU ARE HEREBY NOTIFIED** that a hearing to consider whether to approve the Reaffirmation Agreement pursuant to 11 U.S.C. § 524(c)(6) will be held at:

**Date:** May 18, 2010
**Time:** 08:30 AM
**Location:** 21041 Burbank Blvd, Crtrm 302, Woodland Hills, CA 91367

If the Debtor(s) choose(s) not to appear at the hearing noted above, the Reaffirmation Agreement will be disapproved and declared unenforceable.

Dated: April 21, 2010

FOR THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(FormCACB (hrgreaf – van190 12/09))    **14 / AGG**