FormCACB (hrgreaf – van190 12/09)

# United States Bankruptcy Court
# Central District Of California

21041 Burbank Blvd, Woodland Hills, CA 91367–6603

## NOTICE OF HEARING RE: REAFFIRMATION AGREEMENT

**DEBTOR(S) INFORMATION:**  
Joseph Matthew Singer

**BANKRUPTCY NO.** 1:10–bk–12965–MT  
**CHAPTER** 7

**SSN:** xxx–xx–5098  
**EIN:** N/A

1158 26th St  
#802  
Santa Monica, CA 90403

**NOTICE IS HEREBY GIVEN** that a Reaffirmation Agreement between the above–named Debtor(s) and creditor GMAC was filed in the above case on 04/20/10 .

**YOU ARE HEREBY NOTIFIED** that a hearing to consider whether to approve the Reaffirmation Agreement pursuant to 11 U.S.C. § 524(c)(6) will be held at:

| | |
|---|---|
| **Date:** | **May 18, 2010** |
| **Time:** | **08:30 AM** |
| **Location:** | **21041 Burbank Blvd, Crtrm 302, Woodland Hills, CA 91367** |

If the Debtor(s) choose(s) not to appear at the hearing noted above, the Reaffirmation Agreement will be disapproved and declared unenforceable.

Dated: April 21, 2010

FOR THE COURT,  
**Kathleen J. Campbell**  
Clerk of Court

(FormCACB (hrgreaf – van190 12/09))

**14 / AGG**

# CERTIFICATE OF NOTICE

```
District/off: 0973-1          User: agasparia              Page 1 of 1                  Date Rcvd: Apr 21, 2010
Case: 10-12965                Form ID: van190              Total Noticed: 3

The following entities were noticed by first class mail on Apr 23, 2010.
db           +Joseph Matthew Singer,   1158 26th St,   #802,   Santa Monica, CA 90403-4698
aty          +Jason Wallach,   Gladstone Michel Weisberg Willner Sloane,   4551 Glencoe Ave Ste 300,
               Marina Del Rey, CA 90292-7925
             +GMAC,   PO Box 130424,   Roseville, MN 55113-0004
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 23, 2010**                    **Signature:** *Joseph Speetjens*