| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| In re:<br><br>Joseph Matthew Singer,<br><br><br><br><br><br>                                                        Debtor(s). | **FILED & ENTERED**<br><br>**MAY 26 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** adomingu **DEPUTY CLERK**<br><br>CHAPTER:  7<br>CASE NO.:   1:10-bk-12965-MT<br>HEARING DATE:  May 18, 2010<br>HEARING TIME: 8:30 AM<br>CTRM:   302 |

### ORDER APPROVING REAFFIRMATION AGREEMENT WITH NOTICE OF ENTRY

   The Debtor(s) herein has filed with the Court and moved for approval of a Reaffirmation Agreement concerning a debt owing to <u>GMAC</u>  related to loan/account
number  <u>N/A</u>    *(name of creditor)*
      (last four digits of loan/account number)

   The Court noticed a hearing on whether it would approve the Reaffirmation Agreement;

   The hearing having been held at the above date and time;

   Upon evidence presented, the Court finds that reaffirmation of this consumer debt would not impose undue hardship on the Debtor(s) or dependents and is in the best interest of the Debtor(s), it is hereby

   **ORDERED** that the Debtor's(s') motion is granted and the above-described Reaffirmation Agreement is approved.   This debt is not discharged, unless the Reaffirmation Agreement is timely rescinded.

*(Continued on next page)*

DATED: May 26, 2010

_____
United States Bankruptcy Judge

_____
This form is optional.  It has been approved by the United States Bankruptcy Court for the Central District of California

*January 2009*                                                                                                                    **F 4008-1.4**

**The Debtor(s) may rescind (cancel) the Reaffirmation Agreement at any time before the bankruptcy court enters a discharge order or within 60 days after the Reaffirmation Agreement was filed with the Court, whichever is later, by notifying the creditor that the Reaffirmation Agreement is rescinded.  The Court recommends that if the Debtor(s) rescind(s) (cancels) the Reaffirmation Agreement that it be done in writing and filed with the Court (a copy should be kept by the Debtor(s)).**

This form is optional.  It has been approved by the United States Bankruptcy Court for the Central District of California

*January 2009*

**F 4008-1.4**

Order Approving Reaffirmation Agreement with Notice of Entry – *Page3*                                **F 4008-1.4**

| In re<br>Joseph Matthew Singer, | (SHORT TITLE) | CASE NO.: 1:10-bk-12965-MT |
|---|---|---|
| | Debtor(s). | |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING REAFFIRMATION AGREEMENT WITH NOTICE OF ENTRY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Brad D Krasnoff    mcdaniel@lbbslaw.com, bkrasnoff@ecf.epiqsystems.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Jason Wallach    jwallach@gladstonemichel.com

☐    Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

GMAC
PO Box 130424
Roseville, MN 55113

**Joseph Matthew Singer**
1158 26th St
#802
Santa Monica, CA 90403

☐    Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered

_____
This form is optional. It has been approved by the United States Bankruptcy Court for the Central District of California

*January 2009*                                                                    **F 4008-1.4**

Order Approving Reaffirmation Agreement with Notice of Entry - *Page 2*          **F 4008-1.4**

| In re | (SHORT TITLE) | CASE NO.: |
|---|---|---|
|  | Debtor(s). |  |

order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐    Service information continued on attached page