B18 (Official Form 18)(12/07)

# United States Bankruptcy Court
## Central District Of California

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Joseph Matthew Singer

**BANKRUPTCY NO.**  1:10−bk−12965−MT

**CHAPTER**  7

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):   xxx−xx−5098
Employer Tax−Identification (EIN) No(s).(if any):  N/A
**Debtor Discharge Date:** 7/8/10

**Address:**
1158 26th St
#802
Santa Monica, CA 90403

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: July 8, 2010

**Kathleen J. Campbell**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 03/09) VAN−30

21 − 8 / CEI

B18 (Official Form 18) Cont.
Rev.(12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# CERTIFICATE OF NOTICE

```
District/off: 0973-1            User: cespinoC              Page 1 of 1              Date Rcvd: Jul 08, 2010
Case: 10-12965                  Form ID: b18                Total Noticed: 36

The following entities were noticed by first class mail on Jul 10, 2010.
db          +Joseph Matthew Singer,   1158 26th St,   #802,   Santa Monica, CA 90403-4698
aty         +Jason Wallach,   Gladstone Michel Weisberg Willner Sloane,   4551 Glencoe Ave Ste 300,
              Marina Del Rey, CA 90292-7925
smg          Employment Development Dept.,   Bankruptcy Group MIC 92E,   P. O. Box 826880,
              Sacramento, CA  94280-0001
smg          Los Angeles City Clerk,   P. O. Box 53200,   Los Angeles, CA  90053-0200
ust         +United States Trustee (SV),   21051 Warner Center Lane, Suite 115,
              Woodland Hills, CA 91367-6550
25912355    +ADVANCED VERERINARY CARE CENTER,   C/O ROBINSON & ASSOCIATES,   1612 BEVERLY BLVD,
              LOS ANGELES, CA 90026-5711
25912356    +APNI,   PO BOX 3097,   BLOOMINGTON, IL 61702-3097
25912357    +BEVERLY RADIOLOGY TOWER ROX,   C/O GRANT & WEBER,   26575 WEST AGOURA ROAD,
              CALABASAS, CA 91302-1958
25912358    +BODIES IN MOTION,   C/O ALLIED COLLECTION,   7120 HAYVENHURST AVE #203,   VAN NUYS, CA 91406-3813
25912359    +CBE GROUP INC,   PO BOX 900,   WATERLOO, IA 50704-0900
25912360    +CEDARS-SINAI IMAGING MED GROUP,   PO BOX 5667,   ORANGE, CA 92863-5667
25912361    +CEDARS-SINAI LAB SERVICES,   PO BOX 60109,   LOS ANGELES, CA 90060-0109
25912363    +CEDARS-SINAI MEDICAL CENTER,   1801 WEST OLYMPIC BLVD,   PASADENA, CA 91199-0001
25912362    +CEDARS-SINAI MEDICAL CENTER,   8700 BEVERLY BLVD,   LOS ANGELES, CA 90048-1865
25912364    +CMRE FINANCIAL,   3075 EAST IMPERIAL HWY #200,   BREA, CA 92821-6753
25912365     DIRECT TV,   1131 TOWER PARK DR,   WATERLOO, IA 50704
25912367    +GENERAL ANESTHESIA SPECIALISTS,   3530 WILSHIRE BLVD #350,   LOS ANGELES, CA 90010-2335
25912353     GLADSTONE MICHEL WEISBERG WILLNER & SLOANE, ALC,   4551 Glencoe Avenue Suite 300,
              Marina del Rey, CA 90292-7925
25912369    +GRANT & WEBER,   26575 WEST AGOURA ROAD,   CALLABASAS, CA 91302-2975
25912352    +JOSEPH MATTHEW SINGER,   1158 26TH STREET #243,   SANTA MONICA, CA 90403-4698
25912371    +LANDMARK IMAGING MEDICAL,   PO BOX 5607,   ORANGE, CA 92863-5607
25912372    +LAWRENCE HOPP MD,   C/O MODERN ADJUSTMENT BUREAU,   6226 VINELAND AVENUE,
              NORTH HOLLYWOOD, CA 91606-3758
25912373    +MINK RADIOLOGIC IMAGING,   8670 WILSHIRE BLVD,   BEVERLY HILLS, CA 90211-2924
25912374    +NCO FINANCIAL SERVICES,   507 PRUDENTIAL AVENUE,   HORSHAM, PA 19044-2368
25912375    +PROGRESSIVE MGMT SYSTEMS,   1521 WEST CAMERON AVENUE FL1,   WEST COVINA, CA 91790-2738
25912376    +SEQUOIA FINANCIAL SERVICES,   500 NORTH BRAND BLVD,   GLENDALE, CA 91203-1923
25912354    +US TRUSTEE,   SUITE 115,   21051 WARNER CENTER LANE,   WOODLAND HILLS, CA 91367-6550
25912377    +VERIZON CALIFORNIA INC,   C/O PALISADES COLLECTION,   210 SYLVAN AVENUE,
              ENGLEWOOD, NJ 07632-2524
25912379    +WANU/ CHASE,   279 PARK AVENUE 12TH FLOOR,   NEW YORK, NY 10010
The following entities were noticed by electronic transmission on Jul 09, 2010.
tr          +EDI: QBDKRASNOFF.COM Jul 08 2010 22:03:00      Brad D Krasnoff,
              221 N. Figueroa Street, Suite 1200,   Los Angeles, CA 90012-2663
smg          EDI: CALTAX.COM Jul 08 2010 21:58:00      Franchise Tax Board,   ATTN: Bankruptcy,
              P. O. Box 2952,   Sacramento, CA  95812-2952
cr          +EDI: GMACFS.COM Jul 08 2010 22:03:00      GMAC,   PO Box 130424,   Roseville, MN 55113-0004
25912366     EDI: CALTAX.COM Jul 08 2010 21:58:00      FRANCHISE TAX BOARD,   BANKRUPTCY UNIT,   PO BOX 2952,
              SACRAMENTO, CA 95812-2952
25912368    +EDI: GMACFS.COM Jul 08 2010 22:03:00      GMAC,   PO BOX 78234,   PHOENIX, AZ 85062-8234
25912370     EDI: IRS.COM Jul 08 2010 22:03:00      INTERNAL REVENUE SERVICE,   PO BOX 21126,
              PHILADELPHIA, PA 19114
25912378    +EDI: AFNIVZCOMBINED.COM Jul 08 2010 21:53:00      VERIZON INC,   140 WEST STREET,
              NEW YORK, NY 10007-2123
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 10, 2010**                     **Signature:** *Joseph Speetjens*